AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
WESTERN DISTRICT OF NEW YORK

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 05-CV-125

Bricklayers and Allied Craftworkers Local Union
No. 3 N.Y. Buffalo Chapter, et al

v.

O'Brien Carpet & Tile, Inc.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's motion for default judgment is granted.  Judgment is entered against defendant O'Brien Carpet & Tile, Inc. and in favor of Plaintiffs, Bricklayers Local 3 Pension Fund, Health & Welfare Fund, Annuity Fund, Training Fund, and International Pension Fund in the amount of $23,104.87.  Further, that Defendant O'Brien Carpet & Tile, Inc. submit to an audit of its payroll books and records for the period of 5/1/04 through 7/31/04, by Plaintiffs, Bricklayers Local 3 Pension Fund, Health & Welfare Fund, Annuity Fund, Training Fund and International Pension Fund.  Further, that Defendant, O'Brien Carpet & Tile Inc. pay the costs of the audit.

Date: 8/15/05                                               RODNEY C. EARLY, CLERK


                                                            By: s/Deborah M. Zeeb
                                                                Deputy Clerk